UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELSIE SEAY,

        Plaintiff,         CASE NUMBER: 11-12252
                                  HONORABLE VICTORIA A. ROBERTS
                                  Magistrate Judge Mona K. Majzoub

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On August 6, 2012, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation (R & R) recommending that the Court grant the Motion for Summary Judgment and deny Plaintiff Kelsie Seay's Motion for Summary Judgment. (Doc. # 16). Magistrate Judge Majzoub concluded that the Administrative Law Judge who reviewed Plaintiff's application for benefits applied the correct legal standard. Her decision to deny Plaintiff's disability claim is supported by substantial evidence.

Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R. The district court must then review *de novo* any part of the Magistrate's recommendation that is properly objected to. Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R & R has passed; neither party objected.

1

Accordingly, the Court **ADOPTS** the R & R and **GRANTS** summary judgment to Defendant. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not review a magistrate judge's recommended disposition when no objections to that recommendation are filed).

    **IT IS ORDERED**.

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: August 29, 2012

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 29, 2012.
>
> S/Linda Vertriest
> Deputy Clerk